# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

U.S.A.                                               CITATION/CASE NO. **6:13-mj-0100-MJS**

V.

**Daniel Mitchell**            **JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #:_____
DATE OF BIRTH:_____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
    City             State         Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____          _____
                                                        Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) Penalty **ASSESSMENT** of $ **20.00**          ( ) **RESTITUTION** of $ _____

( ) **PROCESSING** Fee of $_____    (✓) **FINE** of $ **580.00**

for a **TOTAL AMOUNT** of $ **600.00** _____,

paid within **eleven months**          **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments **could be subject to late/delinquent charges imposed by C.V.B.**

( ) REVIEW/ Post Sentencing HEARING DATE: _____ at _____ a. m. / p. m. in Courtroom _____
( ) Compliance HEARING: _____ at _____ a. m. / p. m. in Courtroom _____
( ) RESTITUTION / VICTIM information _____
_____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk Of Court.
( ) TRAFFIC SCHOOL by _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: **Unsupervised Probation for 12 months. Terms and conditions:** Obey all laws, obtain valid drivers license within the first 3 months of probation. Report any new law violations to the Court through Counsel. Appeal rights waived.

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU      ☐ CLERK U.S.D.C.      ✓ CLERK U.S.D.C
    PO Box 71363                         501 "I" St., #4-200        2500 Tulare St., Rm 1501
    Philadelphia, PA 19176-1363       Sacramento, CA 95814    Fresno, CA 93721
    1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: **09/24/2013**                      /s/ Laurie C. Yu
                                                      U.S. MAGISTRATE JUDGE