1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, OR SBN #116342
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   DANIEL MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 6:13-mj-00100-MJS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE REVIEW HEARING; ORDER |
| vs. | ) ) | |
| DANIEL MITCHELL, | ) ) | DATE:   November 4, 2015 TIME:    10:00 a.m. |
| Defendant. | ) ) ) | JUDGE: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Susan St. Vincent, Acting Legal Officer for the National Park Service, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Daniel Mitchell, that the review hearing currently scheduled for October 6, 2015, be continued to November 4, 2015, at 10:00 a.m.

Mr. Mitchell was ordered to pay a $600 fine in this case.  He lost his job and was out of work for a period of time.  However, he recently obtained employment.  Now that he has steady income, he anticipates he will pay his remaining fine balance prior to November 4, 2015.  The parties agree that Mr. Mitchell shall be subject to the conditions of probation previously imposed pending the November 4, 2015 review hearing.

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 1, 2015             */s/ Erin Snider*
                                  ERIN SNIDER
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  DANIEL MITCHELL

Date: October 1, 2015             */s/ Susan St. Vincent*
                                  SUSAN ST. VINCENT
                                  Acting Legal Officer
                                  National Park Service
                                  Yosemite National Park

# **O R D E R**

Good cause appearing, the above STIPULATION TO CONTINUE REVIEW HEARING in Case No. 6:13-mj-00100-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   October 5, 2015              /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE