Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL CHRISTIAN MITCHELL,<br><br>Defendant. | DOCKET NO. 6:13-mj-100-MJS<br><br>**NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S) AND REQUEST TO VACATE REVIEW HEARING; AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Daniel Christian MITCHELL, was arrested September 23, 2013, in Yosemite National Park and charged with three counts on citations: Citation #1855064: driving above the speed limit; Citation #1855066: reckless driving; and Citation #1855065: Driving without a license. MITCHELL plead guilty September 24, 2013, to Citation #1855065 (driving without a license) and #1855066 (reckless driving), and the other citation was dismissed. MITCHELL was sentenced to the following: pay a $600 fine within 11 months, obtain driver's license within 3 months, 12 months of unsupervised probation, obey all laws, and to report new law violations. On September 17, 2014, the Yosemite Legal Office filed a Statement of Alleged Probation Violation(s) alleging

MITCHELL failed to pay any of his $600 fine. A hearing was held on December 2, 2014, without the presence of MITHCELL. Counsel for MITHCELL admitted to the Violation and a hearing was set for February 3, 2015, with a requirement MITCHELL be present. MITCHELL appeared telephonically on February 3, 2015. This court extended probation an additional 10 months and ordered MITCHELL pay the fine at a rate of $60 a month. A Review Hearing was set for November 4, 2015 at 10:00 AM. The Government has subsequently been provided proof of payment in full of the $600 fine.  The Government herewith withdraws its Statement of Alleged Probation Violation in this matter and requests the currently scheduled Review Hearing be vacated.

Dated: October 29, 2015				By:  /s/ Matthew McNease
						Matthew McNease
						Acting Legal Officer
						Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

Good cause appearing, the proposed Withdrawal of Probation Violation in case No. 6:13-mj-100-MJS, is hereby approved and adopted as the Order of the Court.

IT IS SO ORDERED.

Dated:   October 30, 2015			/s/ *Michael J. Seng*
						UNITED STATES MAGISTRATE JUDGE

2